NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Kenneth Miller,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, *et al.*,<br><br>    Respondents. | No. CV-14-08245-PCT-JJT<br><br>**ORDER** |

At issue is the Report and Recommendation ("R&R")(Doc. 18) prepared in this matter by Magistrate Judge John Z. Boyle which recommends that the Court deny the Petition for Writ of Habeas Corpus and dismiss it with prejudice. Petitioner was served with a copy of the R&R by mail on November 2, 2015. Pursuant to 28 U.S.C. Section 636(b)(1) and Rules 6 and 72, Fed. R. Civ. Pr., Petitioner had until November 20, 2015 to file any specific written objections to the R&R. More than 60 days have elapsed since that deadline and Petitioner has filed no objections. The R&R warned Petitioner that his failure to file timely objections "may result in the acceptance of the Report and Recommendation by the District Court without further review." (Doc. 18 at p. 12-13.) The Court therefore is free to accept the R&R without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Nonetheless, the Court has conducted a review of the Petition in this matter (Doc. 1), Respondents' Limited Answer and Response thereto (Doc. 11), and the R&R. Upon that review, the Court concludes that Judge Boyle's recommendations are well taken and correctly apply the limitations period contained in 28 U.S.C. Section 2244 ("AEDPA"), including its provisions for

statutory tolling, and the case law governing consideration of equitable tolling, to conclude that the Petition is untimely by many years. The court adopts the reasoning in the R&R in whole.

**IT IS ORDERED** denying in dismissing with prejudice the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254 (Doc. 1).

**IT IS FURTHER ORDERED** adopting in whole the Report and Recommendation prepared in this matter (Doc. 18).

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed *in forma pauperis*, as the dismissal of the instant Petition is justified by a plain procedural bar, and jurists of reason would not find the procedural ruling debatable.

Dated this 22nd day of January, 2016.

_____
Honorable John J. Tuchi
United States District Judge